632

450 A.2d 216

Rosedale Memorial Park, Inc., Appellant v. Wilson, et al.

Argued May 4, 1982. Jerry Leonard Cohen, for appellant; Bruce Fox, for appellees.

Before SPAETH, ROWLEY and CIRILLO, JJ.

The order of the lower court is hereby affirmed.

450 A.2d 217

Hunterdon Bank, Appellant v. Penn Franklin Corp.

Argued January 5, 1982. Carl L. Lindsay, for appellant; Richard Wolfe, for appellees.

Before SPAETH, CAVANAUGH and MONTEMURO, JJ.

The order of the lower court is affirmed.